UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Docket No. 23-10127-LTS |
| | ) |
| CARLOS FONSECA | ) |

**ASSENTED-TO MOTION TO ALLOW DEFENDANT TO PARTICIPATE IN RESTORATIVE JUSTICE PROGRAM**

The defendant, Carlos Fonseca, respectfully requests that the Court enter an order adding authorizing him to participate in the Court's Restorative Justice program while he is on pre-trial release. As grounds therefor, Mr. Fonseca has expressed an interest in participating in the Restorative Justice program, and probation has indicated that he can participate if the Court adds the program as a condition of his release. The government assents to this motion.

Respectfully submitted,
CARLOS FONSECA,
By His Attorney,

_____
Inga S. Bernstein (BBO #627251)
Zalkind Duncan & Bernstein LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020

January 26, 2024

CERTIFICATE OF SERVICE

I, Inga Bernstein, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on January 26, 2024.

*/s/ Inga S. Bernstein*
Inga S. Bernstein