UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>3. CARLOS FONSECA<br><br>Defendant | CRIMINAL No. 23-CR-10127-LTS |

## ASSENTED-TO MOTION FOR RULE 11 HEARING

The United States, with assent of the Defendant, requests the case be set for Rule 11 hearing in April 2024. The parties have conferred with the Clerk, and would request any day in April 3, 2024 at 2:00 PM, April 5, 2024 at 2:00 PM, or April 9, 10, 11, 2024 at 10:00 AM or 11:00 AM.

Wherefore, the parties request that the Court schedule the case for Rule 11 hearing on the above-referenced dates.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:   */s/ Philip A. Mallard*
Philip A. Mallard
Assistant United States Attorney

1

## CERTIFICATE OF SERVICE

I, Philip A. Mallard, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: February 15, 2024          */s/ Philip A. Mallard*
                                 Philip A. Mallard
                                 Assistant United States Attorney