UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> CARLOS FONSECA ) <br> ) | Docket No. 23-CR-10127-LTS |

**ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING
FOR DEFENDANT CARLOS FONSECA**

Now comes the defendant Carlos Fonseca who respectfully requests that this Honorable Court continue his sentencing hearing from June 21, 2024 to a date on or after September 3, 2024, to enable Mr. Fonseca to participate in the full restorative justice program he has been approved for.  As grounds therefore, Mr. Fonseca states as follows:

1. As the Court knows, on March 18, 2024, Mr. Fonseca entered a plea of guilty, and this Court scheduled an evidentiary sentencing hearing for June 21, 2024.  (Doc. 199).

2. In November 2023, Mr. Fonseca learned about and expressed an interest in participating in the court's restorative justice program.  In a conversation with probation in early December, 2023, undersigned counsel learned that there were budgetary issues that had placed the restorative justice program on hold, but there were hopes that that would be resolved in early 2024.

3. In January, Mr. Fonseca filed a motion asking to be allowed to participate in the restorative justice program, and the court granted that motion.  (Docs. 161, 162.)

4. In April, Mr. Fonseca received notice that had been scheduled to participate in the Restorative Justice Workshop on May 23-24, 2024.

5. Mr. Fonseca wants to have the opportunity to complete parts three and four of the restorative justice program which only become available to him after the Restorative Justice Workshop.  We have been told by probation that completing those parts of the

    program will likely require approximately three additional months after the May 23-24 workshop.

6. Mr. Fonseca requests that his sentencing hearing be continued to enable him to participate in the full restorative justice program.

7. Mr. Fonseca has had no issue with compliance with the terms of his release at any time during the pendency of this case.

The interests of justice require the granting of this motion.

                                Respectfully submitted,

                                _____
                                Inga S. Bernstein (BBO #627251)
                                Zalkind Duncan & Bernstein LLP
                                65a Atlantic Avenue
                                Boston, MA 02110
                                (617) 742-6020

Dated: May 10, 2024

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic filing on May 10, 2024.

                                /s/ Inga S. Bernstein