UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                                   )         Docket No. 23-CR-10127-LTS<br>)<br>CARLOS FONSECA                             )<br>) | |

**ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING
FOR DEFENDANT CARLOS FONSECA**

Now comes the defendant Carlos Fonseca who respectfully requests that this Honorable Court continue his sentencing hearing from September 5, 2024, to a later date that works for the Court and Probation, that enables Mr. Fonseca to participate in the full restorative justice program he has been approved for.  As grounds therefore, Mr. Fonseca states as follows:

1. On March 18, 2024, Mr. Fonseca entered a plea of guilty, and this Court scheduled a sentencing hearing for June 21, 2024.  (Doc. 199).

2. In November 2023, Mr. Fonseca learned about and expressed an interest in participating in the court's restorative justice program.  In a conversation with Probation in early December, 2023, undersigned counsel learned that there were budgetary issues that had placed the restorative justice program on hold, but there were hopes that that would be resolved in early 2024.

3. In January, Mr. Fonseca filed a motion asking to be allowed to participate in the restorative justice program, and the court granted that motion.  (Docs. 161, 162.)

4. In April, Mr. Fonseca received notice that had been scheduled to participate in the Restorative Justice Workshop on May 23-24, 2024.

5. Mr. Fonseca wants to have the opportunity to complete parts three and four of the restorative justice program which only become available to him after the Restorative Justice Workshop.  We have been told by probation that completing those parts of the program will likely require approximately three additional months after the May 23-24 workshop.

6. Mr. Fonseca participated in the May Restorative Justice workshop and found it to be an incredibly valuable, calling it "one of the most powerful environments [he had] ever been in." He very much wants to participate in the rest of the Restorative Justice program.

7. Mr. Fonseca requests that his sentencing hearing be continued to enable him to participate in the full restorative justice program.

8. Mr. Fonseca made a similar request in June 2024, which the Court granted (Docs. 246, 247), but this programming has not yet been scheduled or taken place. Mr. Fonseca is not responsible in any way for these delays and has followed up on multiple occasions to inquire as to the anticipated timing for this programming.

9. Undersigned counsel also followed up to try to ascertain when this programming would be taking place and whether Mr. Fonseca would be able to complete the programming before his currently scheduled September 5, 2024, sentencing hearing. She learned that the plan is to schedule this programming but that has not happened yet but that even if it were scheduled soon, it would not be possible to complete the programming by the current date for sentencing.

10. The Government and Probation both assent to this request.

11. Mr. Fonseca has had no issue with compliance with the terms of his release at any time during the pendency of this case.

The interests of justice require the granting of this motion.

Respectfully submitted,

_____
Inga S. Bernstein (BBO #627251)
Zalkind Duncan & Bernstein LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020

Dated: July 18, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic filing on July 18, 2024.

/s/ Inga S. Bernstein