# Exhibit 1

← Carlos Fonseca Letter

Jesenia DeJesus
Middle School ELA 7th Grade Teacher
145 Jackson Street
Holyoke, MA 01040
413-784-5037
jesenia.d22@gmail.com

April 19, 2024

To whomever it may concern:

Hello I am writing in reference to Carlos Fonseca who is appearing in court on November 7, 2024. My name is Jesenia DeJesus and I am the mother of Sophia Fonseca Carlos's oldest daughter. I am an  ELA 7th grade teacher at Sullivan Middle School in Holyoke. I have the pleasure of  knowing Carlos Fonseca for the past 21 years. We met when we were in middle school in 6th grade. Carlos and I have a respectful opening co-parent relationship for our daughter Sophia who is 11 years old now. Not only is he my daughter's father, he is a very close friend of mine. Over the years he has truly been embedded in our family. Carlos comes from an amazing family with good morals and respect.

I have witnessed Carlos's being a phenomenal father to our child. He has never missed any important events or activities to show his support for Sophia. He is always present in her school activities as well as sports after school. For the past several months he has also been her basketball coach. Carlos is a caring, respectful, reliable, empathic father. Throughout the years we have built positive strong relationships to raise our daughter. Carlos has had a great work ethic since he was young. His goals have always been to provide and build a future for all of his three daughters. Carlos recently opened up a pizza shop and dedicated his time to building a family business.

I have always found Carlos to be a responsible father who is trustworthy, hard working and intelligent. He has always worked and provided for his daughters daily needs. I am proud to say he is an amazing father who I can call at any moment to show up to support our daughter. As a teacher my schedule limits me from taking time off. For the last several years Carlos has been the one to bring Sophia to all doctor appointments such as physicals, pulmonologist, and optometrist appointments. He supports me immensely by taking Sophia

to start my licensure this summer to become an administrator within a year. Carlos and I both came from families who struggled immensely to provide for their children living in high poverty trying to make ends meet. We both want to be successful parents for our child to have a better upbringing than we did.

Carlos plays such a big role in my daughter's life and is a vital person for her in her  developmental years. As a teacher and mother we know the value of a child having both parents in their life, and the effect a missing parent has in a child's life. I grew up with my father not being present in my life at all and caused a lot of trauma I later had to face. I would hope my daughter doesn't go through the same trauma that will cause such a ripple effect in her middle school years.

This case Carlos has been dealing with has impacted Sophia profoundly emotionally, and academically. Since this incident occurred a year ago and Sophia was present in the home her life has changed immensely. She struggles sleeping at night overthinking and awaiting the day her father gets sentenced. Since then she has been diagnosed with anxiety affecting her at school needing to be picked up early, and receive mental health support from a therapist weekly. I had to request for her to receive a 504 accommodation plan at school since she was declining academically suffering from anxiety in her class shutting down. Since then her life has changed causing anxiety and fear of the day her father will be sentenced. She is a young eleven year old who is mature and knows her life will change soon when her dad will no longer be present.  His three daughters will truly be impacted by Carlos's consequences. Although, I do understand we all need to be held accountable for our actions, please consider his children and alternative consequences when you make the decision that will forever impact his future and theirs most importantly. We all deserve a second chance to make things right, and do better for the sake of our children and family who need us.

I do ask if there are any resources in the federal court that partners with families in the Holyoke community that you can share with me as a mother to best support my daughter with this transition please share it my way. Thank you.

Sincerely,

Jesenia DeJesus