# Exhibit 2

Date 9/26/24
**Re: Character Reference for Carlos Fonseca**
Dear Judge,

    I am writing this letter to shed some insight into the character of the father of my children and allow me to express my feelings towards the situation at hand. We have two small children together, and I need to take a moment to reflect on how this case may affect their lives and well-being.

    Let me first acknowledge the father of my children's mistake. I believe with all my heart that it was a mistake, not an act that defines his character as a human being or a father. Throughout the children's lives, he has proven that he can be a loving, supportive, and involved dad. He has brought so much stability and happiness into the kids' lives. He has been a good influence on the children. I can attest to the closeness between Carlos and our daughters Charlene (age 10) and Cianna (age 2). He has always put their needs first, spent quality time with them, took part in their education, and had one-on-one emotional support. His dedication to the children's well-being has never been a question, and I feel that one error does not wipe out the good years he has put into parenting.

    I am also concerned about the possible impact of his long absence from our children. My girls need their father for emotional support, counseling, and to provide some security in their lives. His absence would create such a big dent in their lives that it could lead to some emotional stress, which may probably affect their development. I fear they will be impacted in the long run if the separation is prolonged. Moreover, as a single mother, I fear for the economic security that I may not be able to provide on my own.

    Lastly, I believe that the father of my children is essentially a good man who has made a an error for which he is truly sorry. He has been a very good father; I know he will learn and grow from this experience as an even better father and citizen. I respectfully ask the court to consider other measures that would allow him to atone for his mistake but still be able to stay in the lives of our children.

    Thank you for your time and consideration in this matter.

Jasmin Ortiz

*/s/ Jasmin Ortiz*