# Exhibit 3

10/29/2024

Dear Honorable Judge, Leo T Sorokin,

    First, I want to start my letter by thanking you for granting me more time to partake in the Restorative Justice Program. The program has been very impactul for me. Not only has it changed the way I view and treat others but it also has helped with the way I view myself. The RJ program has shown me that our actions can effect people directly and indirectly creating a ripple effect. Theres also a quote that will forever stick with me by Sam, one of the instructors  "Our actions define us, but do not define who we can become". I relate to his quote because I truly believe that I am more than what my criminal record makes me out to be. Yes, I have made horrible decisions that have effected others and my loved ones. Nevertheless I come from a family of good morals, and my mother has always shown us to hold ourselves accountable for any wrong doings. I understand that there's nothing I can do to undo any harm or destruction that I have created to any of the victims in my case.  However what I can do is to continue to work on myself daily so I can be the best version of myself so i'm not repeating the same mistakes in the future. I've always taken pride on helping others and being the best father, son and brother that I could be. Due to my most recent actions I've let alot of people I love down including a community whom has always supported all my business ventures and me in general. I owe it to them to become a better man and I truly feel that I have done everything in my power since my release to prove that I'm still the good kind hearted man everyone knows me to be and that I can still continue to be a positve asset to our youth and to my community. Since my release I've done numerous hours of community service , I have also coached a 5th and 6th grade girls basketball team for almost two years in which my two older daughters play in. My goal is to create an Amature Athletic Union program (AAU) for the girls so we can travel and play against higher competition. Due  to me not being able to leave the state we have put certain possibilties on hold. I'm also enrolled in an autobody appraisel course at Springfield Community College. My reason for taking the course is to give myself a headstart upon my release from prison. As a licenced massachusetts autobody appraiser i can earn an honest living with great pay and benifits for my family and I. Before I end this letter i want you to know that I take full responsibility for my wrong doings, and I understand that due to my actions you are now obligated to seek justice for all the victims. However your honor, I'd like to kindly ask for you to take my three young daughters whom mean the world to me as well as my loving family into consideration when it comes to  my sentencing. I understand that we all should be held accountable for our actions and I'm ready now more than ever mentally and emotionally to take on what's to come due to my unwise decissions. I want to be able to put this all behind me already and use this as a lesson to help young men in my community and prevent them from making the same mistakes I have. Who you surround yourself with in your daily life can either add or take away value from your life. From this point on this is something I will continue to teach not only to my kids but all the kids I come across. I refuse to take any more of your time your honor, thanks for reading my letter and for giving me the opportunity to show you a little of who I am as a person outside of a courtroom.

Respectfully,
Carlos Fonseca