# Exhibit 4

Sophia Fonseca

NO TRESPASSING
CA VANS NY
SINCE 1966

LOVE
LOVE

KNIGHTS