# Exhibit 5

From: <newman63@charter.net>
Reply-To: <newman63@charter.net>
To: <pizzadaction413@yahoo.com>

Sent: October 7, 2024 at 2:04 PM CDT
Subject: Charlito

          To Whom It May Concern,

          My name is Kevin Ross and I am currently the Director of the Holyoke Adult Softball League and have been since 2008. During this time, I have become friends with Carlito Fonseca. Carlito has sponsored both Men's and Coed teams in my league for probably the last 8 or so years and has also played on these teams. He is someone I have never had any issue with both on and off the field pertaining to any team he has sponsored. I wish all sponsors and more importantly players were like him. Carlito has been a neutral party several times between me and my predominantly Spanish teams, for that I am very grateful. He has settled peace for me more than once.

          I appreciate your time reading this.


          Sincerely,


          Kevin Ross
          Director, HASL