# Exhibit 6



