# Exhibit 7



Kayla Rodriguez
Executive Director
Nueva Esperanza Inc.
Holyoke MA, 01040
March 12, 2024


Dear Judge,

I am writing to provide a character reference for Carlos Fonseca, who has been volunteering his time at Nueva Esperanza Inc., located in Holyoke, MA. Nueva Esperanza Inc. is an arts and culture organization dedicated to providing hope and support to our community through the arts and the celebration of our culture.

Mr. Fonseca began volunteering with us on February 19th, 2024, and has since been an invaluable asset to our organization. He has been instrumental in assisting with the maintenance and repairs of our building, contributing his time and skills to ensure that our facilities remain functional and welcoming for our community members.

In addition to his work on building maintenance, Mr. Fonseca has been actively involved in our community center, which we utilize to host various events for our lower-income community members. These events include traditional celebrations such as Three Kings Day, Sweet Fifteen ceremonies, birthdays, and other community gatherings.

Mr. Fonseca typically volunteers for 5-10 hours per week, accumulating a total of 25-30 hours of service thus far. His dedication and commitment to our organization have been evident in his willingness to go above and beyond to assist our staff and community members. Despite our limited staffing, Mr. Fonseca has seamlessly integrated into our team, offering his support with a positive attitude and a willingness to assist wherever needed.

Furthermore, Mr. Fonseca has demonstrated exceptional interpersonal skills and a genuine desire to help those in need. He has proactively engaged with community members seeking assistance, providing them with resources and guidance or directing them to other organizations that can offer further support.

It has been a pleasure having Mr. Fonseca as part of our volunteer team, and we are grateful for his contributions to our organization and our community. We believe that his strong work ethic, compassionate nature, and dedication to serving others make him a valuable asset to any endeavor he undertakes.

Thank you for considering this letter as a testament to Mr. Fonseca's character and his positive impact on our organization and community. Please feel free to contact me if you require any further information.

Sincerely,


Kayla Rodriguez
Executive Director