# Exhibit 8

 Outlook

**FONSECA | Fw: Note from Carolyne morera (mother)**

**From:** Carlos Fonseca <pizzadaction413@gmail.com>
**Sent:** Friday, November 1, 2024 8:27 AM
**To:** Inga Bernstein <ibernstein@zalkindlaw.com>
**Subject:** Fwd: Note from Carolyne morera (mother)

To whom it may concern,

I am writing this letter in my capacity as Carlos Fonseca's mother. It is with a heavy heart that I reach out to you. I aim to provide you with a glimpse into the man he truly is, beyond the confines of legal proceedings, and to humbly request your compassion in considering his sentencing.

Carlos has always been a beacon of strength and support in our family. As a father, he has shown nothing but unconditional love and dedication to his children, guiding them with a gentle hand and a firm resolve to instill good values. His role as a son has been equally commendable; always there to lend a helping hand or a listening ear, making sure our family unit remains strong and supportive.

Beyond our home, Carlos is known in our community for his kindness and willingness to help those in need.

Carlos's integrity, compassion, and the positive impact he has on those fortunate enough to know him, are attributes that I believe should not be ignored.

We, his family, are committed to supporting Carlos through this process believing firmly in his ability to emerge from this experience with renewed purpose and resolve.

Thank you for considering my appeal on behalf of Carlos. Our family respects the difficult decisions your court faces and appreciates the opportunity to share the side of Carlos that we know and love.

Sincerely,
Carolyne Morera