# Exhibit 9

From: **Harry Colon** <harrycm3@gmail.com>
Date: Wed, Oct 4, 2023 at 9:51 AM
Subject: Note for Carlos Fonseca
To: pizzadaction413@gmail.com <pizzadaction413@gmail.com>


To whom it may concern,

I would like to write a note about my little brother Carlos Fonseca. He is the most amazing dad, son, and brother in the world. My brother is an amazing human being who truly cares deeply about his family. I moved away to NYC after I graduated from Boston College and my brother was always the most supportive brother. I called on many occasions everytime I needed a listening ear or needed any advice. He is my best friend and the only person in the world I trust with my life. We grew up extremely close to each other.

My brother has spent the last couple years of his life dedicated to his 3 little girls who are extremely close to him. I implore you to take his family into account as you make a decision about my brother's future. His family loves him and is saddened by everything that is happening right now. My brother spent long days working at his pizza shop day after day and in his free time he was always with his 3 daughters. He is not a bad person and he comes from a good family who is praying for things to work out.

Carlos is caring, loving, and family oriented. I beg you to please have empathy.

Respectfully,
Harry (His eldest brother)
  786-574-7107